UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO.  14-CR-194 |
| v. | § | |
| | § | Judge Kenneth M. Hoyt |
| RONALD F. KAHN, M.D., | § | |
| | § | Case Manager – Cynthia Horace |
| Defendant. | § | |
| | § | **JURY TRIAL** |
| | § | Proceedings |

**AMENDED EXHIBIT LIST OF THE UNITED STATES OF AMERICA**

| Ex. No. | Description | Offered | Object | Date Adm | Date N/Adm |
|---|---|---|---|---|---|
| 1. | Blank Medicare Enrollment Application | | | | |
| 2. | Medicare Provider Enrollment Application for Dr. Ronald Kahn ("Kahn") | | | | |
| 3. | Medicare Provider Enrollment Application for Allied Covenant Home Health Care ("Allied") | | | | |
| 4. | Medicare Provider Enrollment Application for Harris Healthcare Group ("HHG") | | | | |
| 5. | Blank Home Health Plan of Care (485) | | | | |
| 6. | Medicare Provider Manual Chapter 7, HHS | | | | |
| 7. | Medicare Claims Data for Allied (on CD) | | | | |
| 8. | Medicare Claims Data for HHG (on CD) | | | | |
| 9. | Medicare Claims Data for Kahn (on CD) | | | | |
| 10. | Compilation of Allied Home Health Certifications and Orders from Search Evidence (Kahn) | | | | |
| 10A. | Allied Home Health Certifications and Orders for Carolyn Turner | | | | |
| 11. | Compilation of HHG Medicare 700 Forms and Physical Therapy Treatment Plans | | | | |
| 12. | Blue Paychex Binder Containing Vestibular Testing Superbills and Orders | | | | |
| 13. | Medicare Claims Data Summary for Bobby Chase (Allied, HHG, Kahn) | | | | |

1

| Ex. No. | Description | Offered | Object | Date Adm | Date N/Adm |
|---|---|---|---|---|---|
| 14. | Medicare Claims Data Summary for Carolyn Turner (Allied, HHG, Kahn) | | | | |
| 15. | Medicare Claims Data Summary for John Tims Jr. (HHG and Kahn) | | | | |
| 16. | Medicare Claims Data Summary for Katie Smith (Allied, HHG, Kahn) | | | | |
| 17. | Medicare Claims Data Summary for Betty Smith (Allied, HHG, Kahn) | | | | |
| 18. | *Intentionally Left Blank* | | | | |
| 19. | Allied and HHG Seized Patient Records for Bobby Chase | | | | |
| 20. | Allied and HHG Seized Patient Records for Carolyn Turner | | | | |
| 21. | Allied and HHG Seized Patient Records for John Tims Jr. | | | | |
| 22. | Allied and HHG Seized Patient Records for Katie Smith | | | | |
| 23. | Allied and HHG Seized Patient Records for Betty Smith | | | | |
| 24. | *Intentionally Left Blank* | | | | |
| 25. | Signature Card for Kahn JP Morgan Chase Bank Account Ending in x3165 | | | | |
| 26. | Checks to Charles Harris from Allied Covenant Bank Account Ending in x2216 | | | | |
| 27. | *Intentionally Left Blank* | | | | |
| 28. | *Intentionally Left Blank* | | | | |
| 29. | Check from Allied to Kahn | | | | |
| 30. | HHG CPT Codes and Pricing Spreadsheet | | | | |
| 31. | Cooperative Endeavor Agreement Between Harris Healthcare Group, PLLC and Ronald Kahn, M.D. signed June 2006 | | | | |
| 32. | Agreement Between Charles Harris and Kahn Effective August 7, 2007 | | | | |
| 33. | Cooperative Endeavor Agreement Between Harris Healthcare Group, PLLC and Ronald Kahn, M.D. signed October 2007 | | | | |

| Ex. No. | Description | Offered | Object | Date Adm | Date N/Adm |
|---|---|---|---|---|---|
| 34. | Cooperative Endeavor Agreement Between Harris Healthcare Group, PLLC and Ronald Kahn, M.D. signed February 2009 | | | | |
| 35. | Cooperative Endeavor Agreement Between Harris Healthcare Group, PLLC and Ronald Kahn, M.D. signed May 2009 | | | | |
| 36. | HHG Folder Labeled "Facet Injection Billing" | | | | |
| 37. | HHG File Labeled "Dr. Ronald Kahn" | | | | |
| 38. | Additional Memos and EOBs from Lonestar Healthcare Group (Kahn) Regarding Facet Injection Payments | | | | |
| 39. | Injection Coding/Pricing (1B056) | | | | |
| 40. | Antonia Harris Plea Agreement | | | | |
| 41. | Checks from HHG to Kahn | | | | |
| 42. | Checks from Kahn to HHG | | | | |
| 43. | HHG Patient Records Seized from Lonestar Healthcare Group (Kahn) | | | | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2017, I electronically filed the foregoing document with the Clerk of the Court and defense counsel of record using CM/ECF.

                                                   */s/ Ashlee C. McFarlane*
                                                   Ashlee C. McFarlane