IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 4:14-CR-194 |
| | § | |
| RONALD F. KAHN | § | |

EXHIBIT LIST OF DEFENDANT RONALD F. KAHN

| NO. | DESCRIPTION | OFR | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|
| 1 | Patient Information Sheet (Barrow) | | | | |
| 2 | Home Health Orders (Burks) | | | | |
| 3 | Home Health Order (Burns) | | | | |
| 4 | Progress Notes (Chase) | | | | |
| 5 | Allied Patient File (Betty Smith) | | | | |
| 6 | Allied Invoices (Betty Smith) | | | | |
| 7 | DME Referral (Betty Smith) | | | | |
| 8 | Medical History (Betty Smith) | | | | |
| 9 | Harris Counseling Services Weekly Pick-Up List (Smiths) | | | | |
| 10 | Transportation Logs (Smiths) | | | | |
| 11 | Patient Satisfaction Survey (Betty Smith and Katie Smith) | | | | |
| 12 | Allied Patient File (Katie Smith) | | | | |
| 13 | Allied Follow-Up (Katie Smith) | | | | |
| 14 | Allied Discharge (Katie and Betty Smith) | | | | |
| 15 | HHG Patient File (Katie Smith) | | | | |
| 16 | Allied Active/Inactive Patient Listing (Tims) | | | | |
| 17 | Allied Medical Records (Tims) | | | | |
| 18 | Mednet Records Sent to Allied (Tims) | | | | |
| 19 | HHG Medical Records (Tims) | | | | |
| 20 | Daily Invoices (Tims) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 21 | Allied Patient Referral (Phyllis Tims) | | | | |
| 22 | Patient Supply Log (Phyllis Tims) | | | | |
| 23 | Cease and Desist Letter (Kahn to Harris) | | | | |
| 24 | Refund of Medicare Overpayment | | | | |
| 25 | HHG Super Bills Post-Kahn | | | | |